# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| KELLY ANN THOMAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEAN HENRY, et al,<br><br>　　　　　Defendants. | Civil No. 19-2930 (JRT/BRT)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

Kelly Ann Thomas, 27950 S. Highway 125, Unit 38-1, Afton, OK 74331, *pro se* plaintiff.

Magistrate Judge Becky R. Thorson filed a Report and Recommendation on January 15, 2020 (Docket No. 24). No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.     This matter is **DISMISSED WITHOUT PREJUDICE**;

    2.     The application to proceed in forma pauperis of Plaintiff Thomas (Docket Nos. 2, 9, 16) is **DENIED AS MOOT**;

    3.     All other pending motions (Docket Nos. 10, 12, 21) are **DENIED AS MOOT** in light of the disposition of this case.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2020　　　　　　　　　　　s/John R. Tunheim  
at Minneapolis, Minnesota　　　　　　　　　　JOHN R. TUNHEIM

Chief Judge
United States District Court